# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, Bruce | Bankruptcy Court of Colorado | 5/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

721 19th Street, Room 518
Denver, Colorado 80202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Tenth Circuit Historical Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Bruce | 5/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 24-25, 2013 | Demver. Colorado | CLE Panel | Meals, tuition |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Bruce | 5/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Bruce | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land, Routt County, Colorado | | None | K | W | | | | | |
| 2. Anadarko Pet. Common | A | Dividend | K | T | | | | | |
| 3. Occidental Petr. Common | B | Dividend | L | T | Donated (part) | | | | |
| 4. EQ/Alliance Common St. | | None | M | T | Buy | 04/17/13 | K | | |
| 5. EQ/Alliance Intn'l (f/k/a Global) | | None | L | T | | | | | |
| 6. EQ/Alliance Mny Mkt | | None | | | Sold | 04/17/13 | K | | |
| 7. EQ/JP Morgan Core Bond | | None | M | T | Buy | 07/26/13 | K | | |
| 8. EQ/Alliance High Yield (now known as Multi Sector Bond) | | None | | | Sold | 07/26/13 | K | | |
| 9. EQ/FI Sm/Mid.Cap.Val. | | None | L | T | | | | | |
| 10. EQ/Alliance Common St. | | None | M | T | Buy | 04/17/13 | K | | |
| 11. EQ/Alliancce Intn'l (f/k/a Global) | | None | L | T | | | | | |
| 12. EQ/Alliance Mny Mkt | | None | | | Sold | 11/17/13 | K | | |
| 13. EQ/JP Morgan Core Bond | | None | N | T | Buy | 07/26/13 | K | | |
| 14. EQ/Alliance High Yield - now known as Multi Sector Bond | | None | | | Sold | 07/26/13 | K | | |
| 15. EQ/FI/Sm/Mid. Cap. Val. | | None | L | T | | | | | |
| 16. Mario Lintz Personal Loan Receivable | | None | J | W | | | | | |
| 17. Bond Fund of America | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund of America | | None | N | T | | | | | |
| 19. Intermed. Bd Fund of Am | | None | N | T | Sold (part) | 04/29/13 | M | | |
| 20. Invest. Co. of America | | None | N | T | | | | | |
| 21. Smallcap World Fund | | None | N | T | | | | | |
| 22. Equitable Whole Life Policy | A | Dividend | K | T | | | | | |
| 23. City Wide Banks Various Accts. | A | Interest | L | T | | | | | |
| 24. Pepsico Common | A | Dividend | J | T | | | | | |
| 25. Holly Frontier Corp. | D | Dividend | L | T | Sold (part) | 09/11/13 | K | E | |
| 26. Spencer Edwards, Inc. (Broker) Account (See Part VIII) | A | Interest | J | T | | | | | |
| 27. Colorado Business Bank Acct. | A | Interest | | | Closed | 12/26/13 | J | | |
| 28. Bonnie Cleland Mich. First Mort. Note | | None | N | W | | | | | |
| 29. Avon Products Inc. | A | Dividend | K | T | | | | | |
| 30. AT&T Inc. | A | Dividend | K | T | Buy | 09/11/13 | K | | |
| 31. Intel Corp. | A | Dividend | K | T | Buy | 09/11/13 | J | | |
| 32. Newmont Mining Corp. Hldg | A | Dividend | J | T | Buy | 06/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Bruce | 5/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The securities in Items A-2 through A-3 and the shares in A-24 through A-25, and A-29 through A-32 are held in brokerage acount.

Items A-4 through A-15 and A-17 through A-21 are held in IRA account in AXA.

Items A-26 is cash account at broker in which cash dividends and some stock sales proceeds are held.

As on prior years' reports, no income is reported on Items A-4 through A-15 and Items A-17 through A-21, as these investments are each held in an IRA, and dividends or additional units are not distributed or realized as income.

The "buy" in Item A-4, Column C. and the "sell" in Item A-6 Column C. reflect an interaccount transfer within the IRA account with AXA.

The "buy" in Item A-7 Column C. and the "sell" in Item A-8 Column C. reflect an interaccount transfer within the IRA account with AXA.

The "buy" in Item A-10 Column C. and the "sell" in Item A-12 Column C. reflect an interaccount transfer within the IRA account with AXA.

The "buy" in Item A-13 Column C. and the "sell" in Item A-14 Column C. reflect an interaccount transfer within the IRA account with AXA.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Bruce | 5/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce Campbell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544